UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60726-CIV-SMITH/VALLE

RENZO BARBERI,

    Plaintiff,

v.

TCB SPORT ENTERTAINMENT LLC, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 39], in which the Magistrate Judge recommends granting in part Plaintiff's Motion for Bill of Costs [DE 24] and the Verified Motion for Attorneys' Fees, Expert Witness Fees and Litigation Expenses [DE 29]. No objections have been filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

    **ORDERED** that

    1. The Report and Recommendation [DE 39] is **AFFIRMED AND ADOPTED**.

    2. Plaintiff's Motion for Bill of Costs [DE 24] and the Verified Motion for Attorneys' Fees, Expert Witness Fees and Litigation Expenses [DE 29] are **GRANTED IN PART.** Plaintiff is awarded $8,699.25 in attorneys' fees, $1,500 in litigation expenses, and $541.79 in costs.

    3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 3rd day of March, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record